NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BCE, INC.,**
*Appellant*

**v.**

**DAVID J. SHULKIN, SECRETARY OF VETERANS AFFAIRS,**
*Appellee*

_____

2017-1171

_____

Appeal from the Civilian Board of Contract Appeals in No. 2882.

_____

**JUDGMENT**

_____

BRADLEY W. ANDERSEN, Landerholm, PS, Vancouver, WA, argued for appellant.

JEFFREY LOWRY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; BRIAN R. REED, District Contracting National Practice Group, United States Department of Veterans Affairs, Farmland, IN.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 16, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |